RECEIVED

United States District Court
Middle District Of Alabama
Northern Division

2:24-cv-00604-MHT-SMD

Peter J. Smith          Jury Trial Requested
Plaintiff              ☑ Yes   ☐ No
   V.
Wendy's Inc., et al.
Defendants.

## Complaint

(1) Amount in question exceeds $20 00/100. Alleged violation of Civil Rights Act of 1964 and Title VII of the Civil Rights Act of 1964.

2). Peter J. Smith P.O. Box 1644 Montgomery, Alabama 36102-1644

3). Wendy's Restaurant # 00001308 625 Madison Avenue Montgomery, Alabama 36104. Telephone # (334) 264-7103 this is the location of the incident occurring on Sunday 9-1-2024 between the hours of 9AM and 11AM.

4). A physical assault on a federal witness named Peter J. Smith a Black male by a Wendy's Black Female Employee,

(1)

SCANNED

She used Wendy's Property as a weapon against myself Peter J. Smith. This physical assault by a Wendy's employee at said location is a criminal act known as a felony in there United States of America.

(5) Damages for retaliation, Punitive Damages, Race discrimination,(Black) Age (55) discrimination and gender discrimination,(Male), Damages for pain & suffering, emotional distress, mental anguish caused by the felony assault on myself (Peter J. Smith) by the Black Female Wendy's Employee, inside the building itself. Punitive Damages. Damages for alleged Civil Rights violations. Federal witness tampering etc.

(6). $1,000,028 in damages.

Peter J. Smith   9-25-2024
(Signature and Date) Pro Se
P.O. Box 1644
Montgomery, AL. 36102-1644
phone # (334) 781-3128

(2)