IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PETER J. SMITH,              )
                             )
        Plaintiff,           )
                             )       CIVIL ACTION NO.
        v.                   )         2:24cv604-MHT
                             )            (WO)
WENDY'S INC.,                )
                             )
        Defendant.           )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 9) is adopted to the extent it recommends dismissal without leave to amend of plaintiff's claim under Title VII of the Civil Rights Act of 1964.

(2) This case is dismissed, as follows.

(3) Plaintiff's claim under Title VII of the Civil Rights Act of 1964 is dismissed without leave to amend.

(4) Plaintiff's public-accommodations claim under

the Civil Rights Act of 1964 is dismissed for failure to state claim, without prejudice.

(5) Plaintiff's potential state-law claim for assault is dismissed for lack of subject-matter jurisdiction, without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of January, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE